IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NICHOLAS HUDSON,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 11-5972 |
| | : | |
| **SUPERINTENDENT SAUERS, et al.,** | : | |
| Respondents. | : | |

## O R D E R

**AND NOW**, this 23rd day of February, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 (Doc. No. 1), the Response thereto (Doc. No. 7), and Petitioner's Reply and Motion to Stay (Doc. No. 10), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. No. 13), it is hereby **ORDERED** that:

    1.    The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

    2.    The petition for Writ of Habeas Corpus is **DISMISSED** without prejudice.

    3.    The Motion to Stay is **DENIED**.

    4.    The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.

---

[1] I note that the petitioner did not file objections to the Report and Recommendation.